IN THE UNITED STATE DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE HERRING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05-FP-00713-DW |
| ) | |
| YELLOW TRANSPORTATION, ) | |
| INC., and ) | |
| ) | |
| KEVIN ANDERSON, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The record reflects that Plaintiff filed the Complaint in the above-styled action on January 27, 2006. (Doc. 7). Appropriate process forms were mailed to Plaintiff on January 30, 2006. The record does not reflect that Defendants have been served process in this case. Because over 120 days have passed since the Complaint was filed, the Court dismisses this case without prejudice for lack of service. See FED. R. CIV. P. 4(m).

IT IS SO ORDERED

                                                          /s/ DEAN WHIPPLE
                                                             Dean Whipple
                                                    United States District Judge

DATE: June 30, 2006